**Order entered January 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01514-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## ORDER
Before Justices Bridges, Myers and Stoddart

Before the Court is relator's motion for ADR referral.  We **DENY** the motion.


/s/　　CRAIG STODDART
　　　　JUSTICE